## Kelley v. Shay (No. 3).

Argued March 3, 1903. Appeal, No. 174, Oct. T., 1902, by S. F. McCaulley, from decree of C. P. Washington Co., No. 986, on bill in equity in case of H. A. Kelley v. John W. Shay, Greensboro Natural Gas Company, and S. F. McCaulley et al. Before MITCHELL, DEAN, BROWN, MESTREZAT and POTTER, JJ. Affirmed.

OPINION BY MR. JUSTICE POTTER, May 11, 1903:

This appellant is entitled to one eighth of the stock owned by the firm of Shay & Kelley, in the Greensboro Natural Gas Company. The only question raised by this appeal is, as to the amount of that holding. As this has been determined by the decision in Kelley's Appeal, ante, pp. 208, 215, nothing further need be here added.

The assignments of error are overruled, and the decree is affirmed.